THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Anthony Lee
 Collins,        Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion Number
2005-UP-483
Submitted August 1, 2005  Filed August 11, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Tara Taggart, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief
 Deputy      Attorney General John W. McIntosh,
 and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Anthony
Collins appeals his conviction and sentence for assault and battery of a high
and aggravated nature and resisting arrest.  Counsel for Collins attached
to the final brief a petition to be relieved as counsel.  Collins filed a
separate pro se response.
After a review of the record as
required by Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly
appealable issues that are arguable on their merits.  Accordingly, we
dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., STILWELL, and
KITTREDGE, JJ., concur.